United States Courts
Southern District of Texas
FILED
*November 10, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | **Case No. 4:26-cr-735** |
| **CHRISTOPHER ANTHONY REYES,** Defendant. | |

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

**<u>COUNT ONE</u>**

**(Illegal Possession of a Machine Gun)**

On or about April 14, 2026, in the Houston Division of the Southern District of Texas, the Defendant,

**CHRISTOPHER ANTHONY REYES,**

did knowingly possess and transfer a machinegun, that is, a "Glock switch," which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**<u>COUNT TWO</u>**

**(Illegal Possession of a Machine Gun)**

On or about May 8, 2026, in the Houston Division of the Southern District of Texas, the Defendant,

**CHRISTOPHER ANTHONY REYES,**

did knowingly possess and transfer a machinegun, that is, a "Glock switch," which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the machineguns, involved in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) as charged in *Counts One and Two*, are subject to forfeiture.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

______________________________
**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Tanja Titre**
**Assistant United States Attorney**